# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-3661

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota. |
| Deodoro Antonio Granillo, also | * | |
| known as Jose Antonio Torres, | * | [UNPUBLISHED] |
| | * | |
| Appellant. | * | |

_____

Submitted: October 20, 2004
Filed: October 26, 2004

_____

Before RILEY, McMILLIAN, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Deodoro Granillo appeals the sentence the district court[1] imposed after he pleaded guilty to distributing 12 grams of cocaine base, in violation of 21 U.S.C. §§ 841(a)(1) and 841(b)(1)(B). Granillo argues that the district court erred in denying him a minor-participant reduction under U.S.S.G. § 3B1.2(b), because an unindicted co-conspirator was far more culpable than Granillo.

---

[1]The Honorable Michael J. Davis, United States District Judge for the District of Minnesota.

We conclude the district court did not clearly err in finding that Granillo does not qualify for a minor-participant reduction. See United States v. Benford, 360 F.3d 913, 915 (8th Cir. 2004) (standard of review; defendant bears burden of demonstrating entitlement to reduction); United States v. Bush, 352 F.3d 1177, 1182 (8th Cir. 2003) (merely showing defendant is less culpable than other participants is not enough to entitle defendant to minor-participant reduction).

Accordingly, we affirm.

_____